UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANGELA J. BREWER,

      Plaintiff,                    Case No. 2:19-cv-5200
    v.                               JUDGE EDMUND A. SARGUS, JR.
                                   Magistrate Judge Elizabeth P. Deavers

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

## OPINION AND ORDER

The matter before the Court is the Parties' Joint Motion for Attorney Fees. (ECF No. 22). Due notice given and this Court fully advised, the Court **GRANTS** the motion and orders:

    1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $5,000.00 and costs in the amount of $0, for a total award of $5,000.00.

    2. Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the United States subject to offset, consistent with Astrue v. Ratliff, 130 S.Ct. 2521, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff.

    3. The case remains terminated on the docket of this Court.

    **IT IS SO ORDERED.**

6/22/2021                                s/Edmund A. Sargus, Jr.
DATE                                     EDMUND A. SARGUS, JR.
                                          UNITED STATES DISTRICT JUDGE